ALICIA DE CASIANO et al., v. SARAH E. MORGAN et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ. [See 283 App. Div. 1037.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SLAVOLJUB DJUROVIC, Respondent, against ZIVKA DJUROVIC, Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See 283 App. Div. 1055.]

FRED C. EHNES v. ADELE J. NOLAN, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Bastow and Bergan, JJ. [See 283 App. Div. 868.]

CHURCH LIFE INSURANCE CORPORATION v. JOHN B. SWANN, and A. WILLARD IVERS, as Administrator of the Estate of FREDERICK K. IVERS, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ. [See 283 App. Div. 1051.]

In the Matter of the Estate of EDNA SUSSMAN, Deceased. MARYLAND TRUST COMPANY, as Ancillary Executor of EDNA SUSSMAN, Deceased, Respondent; JOHN W. ALICOATE et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Botein and Bergan, JJ. [See 283 App. Div. 1051.]

In the Matter of ABE PTACHIK et al., Appellants, against JOSEPH D. McGOLD-RICK, as State Rent Administrator, et al., Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ. [See 283 App. Div. 942.]

NACIONAL FINANCIERA, S. A., v. BANCO DE PONCE. NACIONAL FINANCIERA, S. A., v. BANCO DE PONCE et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See 283 App. Div. 939.]

In the Matter of the Accounting of J. EVERETT VOGT, as Executor of ERNEST DU P. MEYROWITZ, Deceased. E. B. MEYROWITZ, INC.; KATE M. AGAR et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ. [See ante, p. 801.]

In the Matter of ARTHUR T. KAPLAN against JOSEPH D. McGOLDRICK, as State Rent Administrator.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ. [See 283 App. Div. 1028.]